448 A.2d 1179

O'Connell v. Haverford Twnshp. t/a Skatium, Appellant.

Argued January 26, 1982. James F. Proud, for appellant; Stephen A. McBride, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgments affirmed.

448 A.2d 1180

Price, et vir., Appellants v. Monsour Medical Cntr.

Argued April 27, 1982. Vincent P. Ventomiller, for appellant; Joseph MacFrelli, for Monsour Medical Center, appellee; David R. Johnson, for Bear, appellee; Arthur Asti, for Hattoum, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Order affirmed.

BECK, J., filed a memorandum dissenting statement.